JAMES A. McDEVITT
United States Attorney
Frank A. Wilson
Assistant United States Attorney
Post Office Box 1494
Spokane, Washington  99210
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CV-10-3032-JPH |
| Plaintiff, | ) | |
| | ) | CONSENT JUDGMENT |
| vs. | ) | |
| | ) | |
| GEORGE P. TREJO, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter coming before the Court on the application of the United States, by agreement and stipulation of the parties, and the Court finding that it has jurisdiction over the subject matter and the parties, and that the allegations of the complaint and the application for entry of consent judgment are well taken, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the United States, and against the Defendant, George P. Trejo, Jr., in the amount of $107,829.35, with interest accruing until the date of this order at the prejudgment interest rate and thereafter at the legal post-judgment rate pursuant to the Stipulation for Entry of Consent Judgment filed by the parties.

DATED this __14__ day of __October_____, 2010.

__s/  James P. Hutton_____

United States Magistrate Judge

CONSENT JUDGMENT - 1